USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: ___FEB 1 2 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD NIXON, on behalf of himself and all others
similarly situated,

                              Plaintiffs,

                -against-

SHOP MA, INC.,

                              Defendant.

Case No. 1:19-cv-07809-GBD

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to

dismiss this action with prejudice, resolving all matters in dispute having been made and each

party to bear their own fees and costs.

Dated:    February 7, 2020_____

        New York, New York

SHALOM LAW, PLLC


Jonathan Shalom, Esq.
105-13 Metropolitan Avenue
Kew Gardens, NY 11415
Phone: (718) 971-9474
jshalom@jonathanshalomlaw.com
Attorneys for Plaintiff

MORRISON COHEN LLP


Fred H. Perkins
909 Third Avenue
New York, New York 10022
212.735.8647
Fhperkins@Morrisoncohen.com
Attorneys for Defendant

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated    FEB 1 2 2020

#9207178 v2 \027997 \0001